

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00029-CV
_____

TRINITY BASIN PREPARATORY, INC., Appellant

V.

SECURITY STATE BANK OF OKLAHOMA, Appellee

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-304677-18

Before Kerr, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties' "Agreed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 5, 2021